**Order entered January 27, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-01023-CV

**FIRST CASH LTD., FIRST CASH CREDIT, LTD. AND PAWN TX, INC., Appellants**

**V.**

**DONALD LEE JONES, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-06127**

## ORDER

Before the Court is appellee's January 25, 2021 unopposed second motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than February 15, 2021. Because this is an accelerated appeal, we caution that further extension requests will be disfavored.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE